UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE CLARENCE SHERMAN, aka WILLIE C. SHERMAN, | ) Case No. CV 09-6890-VBF(RC) |
| | ) |
| Petitioner, | ) |
| | ) JUDGMENT |
| vs. | ) |
| | ) |
| KELLY HARRINGTON, WARDEN, | ) |
| | ) |
| Respondent. | ) |
| | ) |

Pursuant to the Order of the Court adopting the findings, conclusions, and recommendations of United States Magistrate Judge Rosalyn M. Chapman,

IT IS ADJUDGED that the petition for writ of habeas corpus and the action are dismissed as untimely.

DATED:   June 23, 2010

_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE

R&Rs\09-6890.jud
4/29/10